PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 1 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision

Name of Offender:  Silvestre Mena Lopez          Case Number: 2:02CR00278-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  6/16/2003          Type of Supervision:     Supervised Release

Original Offense: Felon in Possession of          Date Supervision Commenced: June 21, 2005
Ammunition, 18 U.S.C. §§ 922(g)(1) and 924

Original Sentence:  Prison - 33 Months;          Date Supervision Expires: June 20, 2008
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The 120-day community corrections center placement as a condition of supervised release be waived and
> the defendant, Silvestre Mena Lopez, be released from Turner House Community Corrections Center.

### CAUSE

As a condition of supervision, Silvestre Mena Lopez was sentenced to 120 days in a community corrections facility
as directed by his supervising probation officer.  Mr. Lopez has already completed 180 days in a community
corrections center as part of his prison sentence. Mr. Lopez has employment with the Red Robin restaurant and has
also found a stable place to reside.  It appears appropriate for the 120-day community corrections center placement
to be waived.

Respectfully submitted,

by _____

Anne Sauther
U.S. Probation Officer
Date:  June 29, 2005

Prob 12B
**Re:  Lopez, Silvestre Mena**
**June 29, 2005**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____
Date   June 30 2005